

# NUMBERS 13-19-00590-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JESUS ANGEL REBOLLAR,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                                 Appellee.

### On Appeal from the 139th District Court
### of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

This cause is before the Court on appellant's third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on June 5, 2020, and appellant was previously granted two extensions. On December 30, 2020, we ordered the brief due on or before February 16, 2021.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, and due to an unprecedented weather emergency, appellant's third motion for extension of time to file the brief should be granted in part and denied in part with order. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter and further motions for extension of time will not be granted absent additional exigent circumstances.

Appellant's third motion for extension of time to file the brief is hereby GRANTED in part and DENIED in part, and the Honorable Traci L. Evans, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before March 15, 2021.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of March, 2021.